**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 16-cv-0969-WJM

FRONT RANGE EQUINE RESCUE,

    Petitioner,

v.

BUREAU OF LAND MANAGEMENT, and
INTERIOR BOARD OF LAND APPEALS,

    Respondents.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case and the Order Making Absolute Order to Show Cause and Dismissing Case for Lack of Subject Matter Jurisdiction, entered by the Honorable William J. Martínez, United States District Judge, on November 29, 2017, it is

ORDERED that

1. The Court's Order to Show Cause (ECF No. 32) is MADE ABSOLUTE;

2. This action is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction;

3. The Court RETAINS JURISDICTION to evaluate the jurisdictional effect of any change in circumstances that might restore subject matter jurisdiction, or that might remove, beyond all possible doubt, Respondents' ability to act on the current Decision Record;

4. This case is terminated. The parties shall bear their own costs and fees.

Dated at Denver, Colorado this 29th day of November, 2017.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk